EMIL CARLSON, ZONING INSPECTOR OF THE TOWN OF BERLIN, ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF BERLIN ET AL.

The motion by the defendant Sabin Waluk to erase the appeal of the intervening plaintiffs from the Court of Common Pleas in Hartford County is denied.

*Francis R. Danaher,* in support of the motion.

Submitted June 25—decided July 16, 1968

ALGONQUIN GAS TRANSMISSION COMPANY *v.* CAROLYNE STEINER

ALGONQUIN GAS TRANSMISSION COMPANY *v.* ERNEST R. STEINER

After consideration of the motion for a review of the order of the trial court terminating the stay of execution in the appeal from the Superior Court in Fairfield County, modification of the order is denied.

*Daniel D. McDonald,* in support of the motion.